NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-542

STATE OF LOUISIANA

VERSUS

HORACE ARDOIN

**********
APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 62894-FB
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE
**********

**GLENN B. GREMILLION**
**JUDGE**

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy Howard Ezell, Judges.

AFFIRMED.

**Christopher Brent Coreil**
**District Attorney, 13th Judicial District Court**
**P. O. Drawer 780**
**Ville Platte, LA 70586-0780**
**(337) 363-3438**
**Counsel for Plaintiff/Appellee**
  **State of Louisiana**

**Raymond J. LeJeune**
**Assistant District Attorney**
**1401 Poinciana Ave.**
**Mamou, LA 70554**
**(337) 468-2229**
**Counsel for Plaintiff/Appellee**
         **State of Louisiana**

**Mack I. Frank**
**P. O. Drawer 1478**
**Opelousas, LA 70570**
**(337) 948-9701**
**Counsel for Defendant/Appellant**
         **Horace Ardoin**

**Horace Ardoin**
**Louisiana State Penitentiary**
**Hickory 3**
**Angola, LA 70712**